KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Charles N. Freiberg (State Bar No. 70890)
E-mail: cfreiberg@kasowitz.com
David A. Thomas (State Bar No. 215367)
E-mail: dthomas@kasowitz.com
101 California Street, Suite 2300
San Francisco, California 94111
Telephone:  (415) 655-4326
Facsimile:  (415) 358-5926

Robin L. Cohen (to be admitted *pro hac vice*)
E-mail: rcohen@kasowitz.com
Michelle R. Migdon (to be admitted *pro hac vice*)
E-mail: mmigdon@kasowitz.com
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1770
Facsimile:  (212) 506-1800

*Attorneys for Plaintiff SIGNAL PRODUCTS, INC.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGNAL PRODUCTS, INC., <br><br>                    Plaintiff, <br><br>          vs. <br><br> AMERICAN ZURICH INSURANCE COMPANY and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, <br><br>                    Defendants. | Case No C 13-1035 MEJ <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case

1   to a United States District Judge.

2

3

4   Dated:  March 13, 2013                    /s/  David A. Thomas

5

6                                             *Counsel for Plaintiff*
                                              *Signal Products, Inc.*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                    DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND
                      REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
28                                   Case No C 13-1035 MEJ